Case 2:21-cv-00228   Document 11   Filed on 03/09/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM FRANKLIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00228 |
| § | |
| BUREAU OF PRISONS, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE**

On December 1, 2021, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Dismiss Case for Failure to Prosecute" (M&R, D.E. 7). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 7), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. The Court further notes that Plaintiff has failed to keep the Court apprised of his current address. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

ORDERED on March 9, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE